

February 16, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/18/2015 11:15:07 AM

CHRISTOPHER A. PRINE
Clerk

JUSTIN C. HARRIS
ATTORNEY OF RECORD
405 MAIN ST., #450
HOUSTON, TEXAS  77002

Defendant's Name:  TULIO WILFREDO ESCOBAR

Cause No:  1329944-A

Court:  351ST DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal on Writ of Habeas Corpus11.072 filed: 02/04/2015
Ruling Made: 01/20/15
Court of Appeals Assignment: First  Court of Appeals
Appeal Attorney of Record: JUSTIN C. HARRIS**

Sincerely,

/s/ Naomi Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

      TONI GOUBEAUD (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

## NO. 1329944-A

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | **351ST JUDICIAL DISTRICT** |
| | § | |
| **ESCOBAR, TULIO** | § | **HARRIS COUNTY, TEXAS** |

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes **TULIO ESCOBAR**, Applicant, in the above styled and numbered cause, and

gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment

herein rendered against Applicant.

Respectfully submitted,

TOM ABBATE
2425 WEST LOOP SOUTH STE 200
HOUSTON, TX 77027
OFFICE: (832) 209-2279
FAX: (800) 501-3088
tom@tomabbatelaw.com
SBOT # 24072501

ATTORNEY FOR APPLICANT

**FILED**
Chris Daniel
District Clerk

FEB 04 2015

Time:_____
Harris County. Texas

By_____
Deputy

## CERTIFICATE OF SERVICE

This is to certify that on February 4, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, HARRIS County, by hand delivery.

TOM ABBATE

## NO. 1329944-A

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | **351ST JUDICIAL DISTRICT** |
| | § | |
| **ESCOBAR, TULIO** | § | **HARRIS COUNTY, TEXAS** |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, _____, judge of the trial court certify this criminal case is not a plea-bargain case and the Defendant has the right of appeal.

_____          _____
Judge                                                          Date Signed

I have received a copy of the certification. I have also been informed of my rights concerning my appeal in this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rule of Appellate Procedure. I have been admonished that my attorney must mail a copy of the Court of Appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se Petition for Discretionary Review in the Court of Appeals. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se Petition for Discretionary Review.

ESCOBAR, TULIO, Applicant
ID Number: _____

_____

_____

_____, Texas _____

TOM ABBATE
2425 WEST LOOP SOUTH STE 200
HOUSTON, TX 77027
OFFICE: (832) 209-2279
FAX: (800) 501-3088
tom@tomabbatelaw.com
SBOT # 24072501

"A defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

# APPEAL CARD

Court **351** Due: 2-19-15 Cause No. **1339944A** 1st

## The State of Texas
### Vs
_Julio Escobar_

**Date Notice Of Appeal:** 2/4/2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Mark Kent Ellis

**Court Reporter** Toni Houbeaud

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** _____

**Attorney on Appeal** Justin Harris

Appointed _____ Hired ✓

**Offense** _____

**Jury Trial** Yes_____ No_____

**Punishment Assessed** _____

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** _____

**Appellant Confined:** Yes_____ No_____

**Date Submitted To Appeal Section** 2-13-15 2/13/2015

**Deputy Clerk** C. Harper